IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RACHEL SALLY-HARRIET : 
: CIVIL ACTION
v. :
: NO. 17-4695
NORTHERN CHILDREN SERVICES :

## ORDER

**AND NOW**, this 26th day of March, 2019, upon consideration of Defendant Northern Children Service's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 10), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's Motion to Dismiss is **DENIED** as to Plaintiff's claims for retaliation under the ADA and retaliation under the FLSA.

2. Defendant's Motion to Dismiss is **GRANTED** as to Plaintiff's claims for discrimination under the ADA, failure to accommodate under the ADA, hostile work environment under the ADA, and punitive damages. These claims are **DISMISSED**.

3. Within fourteen (14) days of the date hereof, Plaintiff may file an Amended Complaint consistent with the Memorandum filed herewith.

**IT IS SO ORDERED.**

                                **BY THE COURT:**

                                _____
                                R. BARCLAY SURRICK, J.